PHILLIP A. TALBERT
Acting United States Attorney
CHRISTINA MCCALL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America



**FILED**

**Jun 14, 2021**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | CASE NO.  2:21-sw-00494 DB |
| Motorola Moto E5, Serial Number ZY3272KSN7, seized from William Miles RICHTER on July 23, 2020, in possession of U.S. Probation in the Eastern District of California | SEALING ORDER <br><br> **UNDER SEAL** |

### S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED THAT:

The search warrant, application, and supporting affidavit in the above-entitled matter, together

with this application and this Court's sealing order, be kept under seal until further order of the Court, or

until the government determines that these materials are subject to its discovery obligations in

connection with criminal proceedings, at which time they may be produced to defense counsel.  The

executing agents or officers are permitted to provide a copy of the search warrant as required by Federal

Rule of Criminal Procedure 41(f).  The Clerk's office may provide copies of the application, search

warrant and supporting affidavit to the U.S. Attorney's Office and to agents of Homeland Security

Investigations, who may share it with the other agents working on this investigation.

The U.S. Attorney's Office may provide a copy of the search warrant and affidavit to the

defense attorney in discovery, without further order of this Court, if federal criminal charges arise out of

this investigation.

Dated:   June 14, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE